858

No. 77–6993.  BRISCOE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 77–6994.  CLARK *v.* ILLINOIS.  App. Ct. Ill., 1st Dist. Certiorari denied.

No. 77–6995.  PERKOV *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 77–6996.  ANTHONY *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 77–6997.  LOWER *v.* ILLINOIS.  App. Ct. Ill., 2d Dist. Certiorari denied.

No. 77–6998.  ELLIS *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 77–7000.  JERRY *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 77–7005.  DUNLAP *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 77–7006.  RIM *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 77–7007.  TRUJILLO *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 77–7008.  GASTON *v.* BORDENKIRCHER, PENITENTIARY SUPERINTENDENT.  C. A. 6th Cir.  Certiorari denied.

No. 77–7010.  ALLARD *v.* HELGEMOE, WARDEN, ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 77–7011.  TATE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 77–7013.  JACKSON *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.